AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| Deborah Coffman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-01993-ADA-DH |
| Credit Collection Services | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Credit Control Services, Inc. dba Credit Collection Services incorrectly identified as Credit Collection Service .

Date:     01/14/2026

/s/ Katherine M. Saldanha Olsen

*Attorney's signature*

Katherine M. Saldanha Olson

*Printed name and bar number*

Messer Strickler Burnette, Ltd.
142 W. Station Street
Barrington, IL 60010

*Address*

kolson@messerstrickler.com

*E-mail address*

(312) 334-3440

*Telephone number*

*FAX number*